Ann.Cas. 1184. See Philadelphia National Bank v. Fulton Bank (D.C.) 25 F.(2d) 995, where the same express guaranty was involved. To the like effect are State Nat. Bank v. Beacon Trust Co., 267 Mass. 355, 166 N.E. 837, 838; Lehigh Coal & Nav. Co. v. Blakeslee, 189 Pa. 13, 41 A. 992, 69 Am.St.Rep. 788; United States v. City Savings Bank (C.C.A.) 73 F.(2d) 486; Ladd & Tilton Bank v. United States (C.C.A.) 30 F.(2d) 334; United States v. National Bank of Commerce (C.C.A.) 205 F. 433. A suit on the guaranties more than four years later was barred.

█ We find in the evidence a signed agreement of First National Bank of Gainesville to pay one-half of the costs of defending the Kansas suit, including attorney's fees. The liability on this agreement apparently matured only at the conclusion of the Kansas litigation and is not yet barred. This agreement was not, however, sued upon. It is alluded to in the trial amendment, but only as one of several circumstances brought forward to show an estoppel to claim that the main cause of action arose before the termination of the Kansas litigation. No estoppel exists. The guarantors at no time waived anything, but stood stoutly to the proposition that there was no forgery, and that they could not be vouched out of Texas into Kansas. Since we find the agreement about costs and expenses not to be sued on here, and there is no assignment of error touching it and no discussion of it in the brief of either party, we can make no reversal upon it, but the liability under it will stand unprejudiced. The judgment touching the guaranties is affirmed.

Paul T. McMahon and Joseph J. Eckford, both of Dallas, Tex., for appellant.

Murphy & Murphy, of Gainesville, Robt. E. Cofer and John D. Cofer, both of Austin, Tex., and E. B. Stroud, Jr., of Dallas, Tex., for appellees.

Before SIBLEY and HUTCHESON, Circuit Judges, and STRUM, District Judge.

SIBLEY, Circuit Judge.

This case was argued with No. 7861, 80 F.(2d) 490, which is between the same parties and involves similar facts. What was said in disposing of No. 7861 applies also to this case, and a judgment of affirmance should similarly be entered.

Judgment affirmed.

█

## GENERAL FOODS CORPORATION v. BRODER.

### No. 7926.

Circuit Court of Appeals, Ninth Circuit. Dec. 9, 1935.

Rehearing Denied Jan. 13, 1936.

## FOURTH NATIONAL BANK IN WICHITA, KANSAS, v. GAINESVILLE NATIONAL BANK IN GAINESVILLE et al.

### No. 7862.

Circuit Court of Appeals, Fifth Circuit. Dec. 7, 1935.

Rehearing Denied Jan. 7, 1936.

Todd, Holman & Sprague and Lucien F. Marion, all of Seattle, Wash. (Wm. B.